Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-11298-EE

| Caption: | |
|---|---|
| Aaron Allen, Appellant/Cross-Appellee,<br><br>v.<br><br>Reliaquest, LLC, Appellee/Cross-Appellant | District and Division: M.D. Fla. Tampa Div.<br>Name of Judge: Hon. Kathryn Kimball Mizell<br>Nature of Suit: Employment Discrimination<br><br>Date Complaint Filed: April 12, 2023<br>District Court Docket Number: 8:23-cv-806-KKM-AEP<br><br>Date Notice of Appeal Filed: April 17, 2026<br>☐ Cross Appeal ☐ Class Action<br><br>Has this matter previously been before this court?<br>☐ Yes ☑ No<br>If Yes, provide<br>(a) Caption: ____<br>(b) Citation: ____<br>(c) Docket Number: ____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Matthew Farmer, Esq. | 800 W. De Leon St.<br>Tampa, FL 33606 | (813) 928-1131<br>(813) 224-0269 (fax)<br>mattfarmer1@aol.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Dean Kent, Esq. | 101 E. Kennedy Blvd.<br>Suite 2700<br>Tampa, FL 33602 | (813 223-7474, ex.423<br>(813) 229-6553 (fax)<br>dkent@trenam.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other ____ | Amount Sought by Plaintiff: $unspecified<br><br>Amount Sought by Defendant: $unspecified<br><br>Awarded: $____ to ____<br><br>Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |

11th Circuit Docket Number: 26-11298-EE

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ______

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute 42 U.S.C. §§ 1981 & 2000e
(b) Citation ______
(c) Docket Number if unreported ______

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☐ No

If Yes, provide
(a) Case Name ______
(b) Citation ______
(c) Docket Number if unreported ______
(d) Court or Agency ______

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the district court erred in granting summary judgment on Appellant's employment discrimination claims on the basis of a severance and release agreement.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 4th DAY OF May, 2026.

Matthew Farmer
NAME OF COUNSEL (Print)

s/ Matthew Farmer
SIGNATURE OF COUNSEL