**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

AARON ALLEN,

Plaintiff/Appellant/Cross-Appellee,

v. No. 26-11298

RELIAQUEST, LLC,

Defendant/Appellee/Cross-Appellant.

On Appeal from the United States District Court
for the Middle District of Florida
Tampa Division
Case No.: 8:23-cv-806-KKM-AEP
Thomas Barber, United States District Judge
Katherine Kimball Mizelle, United States District Judge

# APPENDIX OF APPELLANT/CROSS-APPELLEE

Matthew P. Farmer, Esq.
Farmer & Fitzgerald, P.A.
800 W. De Leon St.
Tampa, FL 33606
Mattfarmer1@aol.com
(813) 228-0095; FAX (813) 224-0269

Counsel for Appellant/Cross-Appellee

September 14, 2026

TABLE OF CONTENTS


| | |
|---|---|
| 1. Docket Sheet | D.S. |
| 2. Amended Complaint | Doc. 32 |
| 3. Order on First Motion for Summary Judgment | Doc. 47 |
| 4. Answer | Doc. 48 |
| 5. Order on Second Motion for Summary Judgment | Doc. 77 |
| 6. Judgment | Doc. 129 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 14th day of September, 2026:

Richard Hanchett, Esq.
Dean Kent, Esq.
Lindsay Lopez, Esq.

/s/ *Matthew Farmer*
COUNSEL